LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Lucas Williams (State Bar No. 264518)
503 Divisadero Street
San Francisco, CA  94117
Telephone:  (415) 913-7800
Facsimile:  (415) 759-4112
mtodzo@lexlawgroup.com
lwilliams@lexlawgroup.com

Attorneys for Plaintiff
DUSTIN MAGILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUSTIN MAGILL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>L'OREAL USA, INC., *et al.*,<br><br>Defendants. | Case No.  3:19-cv-00450-JCS<br><br>Assigned to the Hon. Joseph C. Spero<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION** |

1  PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of
2  Civil Procedure, Plaintiff Dustin Magill hereby dismisses this action with prejudice.

Dated:   May 31, 2019             Respectfully submitted,

LEXINGTON LAW GROUP


  */s/*     Mark N. Todzo
Mark N. Todzo
Attorneys for Plaintiff DUSTIN MAGILL